IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOYCE STRONG and ALAN STRONG, | ) ) ) | |
| Plaintiffs, | ) ) | 7:06CV5026 |
| v. | ) ) | |
| JAMES V. DUNCAN and SENNETT, DUNCAN, BORDERS & JENKINS, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 15). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 6th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court